**Motion Granted; Memorandum Opinion filed January 13, 2015, Withdrawn, Appeal Reinstated, and Order             filed January 27, 2015**



**In The**

# Fourteenth Court of Appeals

_____

**NO.  14-14-00788-CV**
_____

**EXERGY DEVELOPMENT GROUP OF IDAHO, LLC AND JAMES T. CARKULIS, Appellants**

**V.**

**HIGHER POWER ENERGY, LLC, BLUE RENEWABLE ENERGY, LLC, AND BLACK MOUNTAIN FINANCIAL CORP, Appellees**

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-67104**

---

## ORDER

On January 13, 2015, this court issued an opinion dismissing this appeal for failure to make payment arrangements for the clerk's record. On January 13, 2015, the district clerk filed the clerk's record. On January 16, 2015, appellants filed a motion to reinstate the appeal.

Appellee Higher Power Energy opposes appellant's motion. The motion to reinstate is granted. This court's opinion filed January 13, 2015, is withdrawn, and our judgment of that date is vacated. The appeal is ordered reinstated. Appellants' brief is due on or before **February 26, 2015.**


PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.